UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KRISTIE PETREA, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

Case No. 3:22-cv-00415-JAG

MIDNIGHT EXPRESS AUTO RECOVERY, INC.,
STACEY WILLETTE, and
TONY WILLETTE,

    Defendants.

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

Plaintiff Kristie Petrea and Defendants Midnight Express Auto Recovery, Inc., Stacey Willette, and Tony Willette (collectively "Parties"), jointly move the Court for an order approving the settlement agreement between the Parties, attached as Exhibit 1, to resolve this case and dismissing Plaintiff's Complaint with prejudice.

Dated: December 15, 2022

Respectfully submitted,

**KRISTIE PETREA**

/s/Timothy Coffield
Timothy Coffield (VSB 83430)
Coffield PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133 F: (434) 321-1636
tc@coffieldlaw.com
Counsel for Plaintiff

1

**MIDNIGHT EXPRESS AUTO RECOVERY, INC.,
STACEY WILLETTE, and TONY WILLETTE**

By: /s/Shaun M. Bennett
Kristina H. Vaquera (VSB No. 43655)
Shaun M. Bennett (VSB No. 93391)
JACKSON LEWIS P.C.
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone:    (757) 648-1445
Facsimile:    (757) 648-1418
kristina.vaquera@jacksonlewis.com
shaun.bennett@jacksonlewis.com
Counsel for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/Timothy Coffield
Counsel for Plaintiff