IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KRISTIE PETREA, individually and
on behalf of all others similarly situated,
                    Plaintiffs,

v.                                                    Civil Action No. 3:22cv415

MIDNIGHT EXPRESS AUTO
RECOVERY, INC., et al.,
                    Defendants.

## ORDER

This matter comes before the Court on the parties' joint motion for approval of the settlement agreement and dismissal of the case with prejudice. (ECF No. 27.) Upon due consideration, the Court GRANTS the motion. The Court APPROVES the settlement agreement as fair and adequate. The Court DISMISSES this matter with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.


Date:  11 January 2023
Richmond, VA

                                        /s/
                                        John A. Gibney, Jr.
                                        Senior United States District Judge